**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE**
<u>CRIMINAL MINUTES:     Sentencing</u>

USA v <u>  BROOKE C. STUMBO  </u>                Date: <u>   06/06/11   </u>

Case No. <u> CR-2-10-74(3) </u>      Time <u> 12:02 p.m. </u> To <u> 1:02 p.m. </u>

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| <u>       Kathy Hopson       </u> | <u>       Karen Bradley       </u> |
|---|---|
| Deputy Clerk | Court Reporter |

===================================================================

| <u>       James Lonon       </u> | <u>       Helen Smith       </u> |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

[✓] Motion of government for downward departure to guidelines - [✓] granted  [ ] denied

[✓] Deft given opportunity to speak   [✓] accepts  [ ] declines

[✓] Court Pronounces Judgment

| COUNT | IMPRISONMENT | SUPERVISED RELEASE | FINE | ASSESSMENT |
|---|---|---|---|---|
| 2 | 84 months | 3 years | waived | $100.00 due |

**CONDITIONS OF SUPERVISED RELEASE:**

[✓] 13 standard conditions
[✓] no firearms or explosives
[✓] no illegal drugs
[✓] participate in a mental health program as directed by USPO
[✓] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[✓] cooperate w/the collection of DNA as directed

**RECOMMENDATIONS:**

[✓] that defendant be given credit for time served since **7/13/2010**
[✓] other   **receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program  /  be afforded the opportunity to participate in mental health treatment and any educational or vocational programs offered by the Bureau of Prisons  / designation to the BOP federal facility at Alderson, WV**
[✓] Placed in custody of U.S. Marshal